IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-50924
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DERNEL DUPREE KING,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. MO-98-CR-90-1
- - - - - - - - - - -
July 26, 2001

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Dernel Dupree King appeals his conditional guilty-plea conviction and sentence for possession with intent to distribute cocaine in violation of 21 U.S.C. § 841. He argues that the district court erred in denying his motion to suppress.

We hold that the district court did not err in denying the motion to suppress. Although King limited the manner in which the search could be conducted, he did not completely withdraw his consent to the search, and the investigating officer did not exceed the limits imposed on the search. See Florida v. Jimeno, 500 U.S.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

248 (1991); <u>United States v. McSween</u>, 53 F.3d 684 (5th Cir. 1995).


AFFIRMED.